# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>FRESNO FEDERAL COURT HOUSE,<br><br>    Respondent. | Case No. 1:16-cv-00750-SAB-HC<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE A MOTION TO AMEND THE PETITION AND NAME A PROPER RESPONDENT |

Petitioner a federal detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In this case, Petitioner names "Fresno Federal Court House" as the Respondent. "[L]ongstanding practice confirms that in habeas challenges to present physical confinement— 'core challenges'—the default rule is that the proper respondent is the warden of the facility where the prisoner is being held . . . ." Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004). As no exceptions to the immediate custodial rule apply here, it is insufficient to name "Fresno Federal Court House" as the Respondent.

A petitioner's failure to name a proper respondent requires dismissal of his habeas petition for lack of personal jurisdiction. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). However, the Court will give Petitioner the opportunity to cure this defect by amending the petition to name a proper respondent, such as the warden of his facility. See

<u>Dubrin v. California</u>, 720 F.3d 1095, 1100 (9th Cir. 2013) (petitioner should be granted leave to amend petition to name proper respondent). In the interests of judicial economy, Petitioner need not file an amended petition. Instead, Petitioner may file a motion entitled "Motion to Amend the Petition to Name a Proper Respondent" wherein Petitioner may name the proper respondent in this action.

Accordingly, IT IS HEREBY ORDERED that Petitioner is GRANTED **THIRTY (30) days** from the date of service of this order in which to file a motion to amend the petition to name a proper respondent. Petitioner is forewarned that failure to follow this order and amend the petition to state a proper respondent will result a recommendation that the petition be dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Dated: __**August 2, 2016**__

UNITED STATES MAGISTRATE JUDGE