# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JACKSON,<br><br>   Petitioner,<br><br>   v.<br><br>FRESNO FEDERAL COURT HOUSE,<br><br>   Respondent. | Case No. 1:16-cv-00750-DAD-SAB-HC<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner is a federal pretrial detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## DISCUSSION

In the instant petition, Petitioner challenges his detention in the Kern County jail after his arrest pursuant to an indictment in the United States District Court for the Northern District of Georgia. (ECF No. 1). Petitioner alleges that his due process rights were violated because he did not receive a preliminary hearing within fourteen days after his initial appearance. (Id. at 6).[1]

Relief by way of a petition for writ of habeas corpus extends to a person "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Rule 4 of the Rules Governing Section 2254[2] Cases requires preliminary review of a habeas

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.
[2] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

1

petition and allows a district court to dismiss a petition before the respondent is ordered to file a response if it "plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Here, Petitioner was indicted and is not entitled to a preliminary hearing. See Fed. R. Crim. P. 5.1(a)(2). Accordingly, Petitioner has failed to allege facts that state a cognizable claim for a due process violation, and dismissal is warranted.

## II.

## RECOMMENDATION

Accordingly, the Court HEREBY RECOMMENDS that the petition for writ of habeas corpus be DISMISSED.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen (14) days after service of the Findings and Recommendation, Petitioner may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). Petitioner advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 3, 2016**

UNITED STATES MAGISTRATE JUDGE